UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL RAY GREEN,

    Plaintiff,

v.

Case No. 12-12319
Honorable Patrick J. Duggan

DAVID MESSER, ALLEN HOWARD,
CRAIG HENRICKS, ROGER HEATH, and
VICKI LEWIS,

    Defendants.
_____/

## JUDGMENT

Plaintiff, a Michigan prisoner, commenced this action against Defendants on May 29, 2012. In his Complaint, Plaintiff alleges that Defendants confiscated his personal property in retaliation for the exercise of his First Amendment rights in violation of 42 U.S.C. § 1983 and Michigan law. On November 2, 2012, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) or, in the alternative, for summary judgment pursuant to Rule 56. In an Opinion and Order entered on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's claims alleging First Amendment retaliation and conspiracy are **DISMISSED WITH**

**PREJUDICE** and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

Date:  September 11, 2013          s/PATRICK J. DUGGAN
                                   UNITED STATES DISTRICT JUDGE

Copies to:
Virgil Ray Green, #189440
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48042

AAG Allan J. Soros
Magistrate Judge Paul J. Komives